GUSTAV HOLLAND, Respondent, v. FANNIE BLOCK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of AUDLEY CLARKE COMPANY, Appellant, against DAVID LINDER, Respondent.— Order, as resettled, directing the judgment creditor to execute and deliver satisfactions of judgment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

In the Matter of the Appointment of a Committee of the Estate of PEARL DILBERT or ZOBERG, an Alleged Incompetent Person. LEAH ZOBERG, Appellant; HARRY DILBERT, Respondent. R. E. BLAISDELL, Acting Superintendent of Kings Park State Hospital, Petitioner, Respondent.— Order made and entered on November 14, 1927, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of VINCENZO MANDRACCHIA, Deceased. GUISEPPE MANDRACCHIA and Others, Appellants. ROSINA MANDRACCHIA, Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Application of SIKORA REALTY CORPORATION, Respondent, for a Mandamus Order against CHARLES W. BALES, Superintendent of Buildings, Borough of Queens, Appellant.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JOHN H. KINGSTON, Appellant, v. M. S. CONSTRUCTION CORPORATION and Others, Respondents. UNITED SAND AND GRAVEL CORPORATION and Others, Defendants.— Orders granting motions to dismiss the complaint reversed upon the law, with ten dollars costs and disbursements, and motions denied, with ten dollars costs. We think the verification is sufficient under the liberal construction required by section 23 of the Lien Law. (See *Reeves* v. *Seitz*, 47 App. Div. 267, and cases cited.) Young, Kapper, Hagarty and Seeger, JJ., concur; Lazansky, P. J., dissents.

FREDERICK LOESER & COMPANY, Respondent, v. LOUIS DIAMOND, Appellant. — Judgment and order reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. We are of opinion that the trial justice erred in charging the jury, under the circumstances disclosed by the record, that the plaintiff might recover from defendant if they found that the articles purchased were necessaries, unless they believed that defendant had supplied his wife with ample funds for such necessaries. We are of opinion that the record shows that ample funds were supplied by the husband and that there can be no recovery for failure to furnish necessaries. As it is impossible to determine whether or not the jury found for plaintiff upon this ground, a new trial is required. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Rich, J., dissents.